UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tammy Hill,<br><br>        Plaintiff,<br><br>-against-<br><br>National Railroad Passenger Corporation,<br><br>        Defendant. | 1:25-cv-03397 (VSB) (SDA)<br><br>ORDER SCHEDULING<br>SETTLEMENT CONFERENCE |

**STEWART D. AARON, United States Magistrate Judge:**

  A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, December 2, 2025, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

  The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, November 25, 2025).

**SO ORDERED.**

Dated:  New York, New York
     September 24, 2025

               _____
               STEWART D. AARON
               United States Magistrate Judge